# United States District Court

Eastern District of Wisconsin

| | |
|---|---|
| JAMES A. NEWSON,<br>     Plaintiff,<br><br>     v.<br><br>WARDEN GERALD A. BERGE, | JUDGMENT IN A CIVIL CASE<br><br><br>CASE NUMBER: 06-C-393 |

[X]   Decision by Court. This action came for consideration before the Court.

　　　IT IS ORDERED AND ADJUDGED
　　　that Newson's the petition for a writ of habeas corpus is denied and this case is dismissed.

　　　　　　　　　　　　　　　　　　SOFRON B. NEDILSKY
　　　　　　　　　　　　　　　　　　Clerk of Court

August 17, 2006　　　　　　　　　s/ V. Kelly Barton Terry
Date　　　　　　　　　　　　　　(By) Deputy Clerk


　　　　　　　　　　　　　　　　　　Approved this 17th day of August, 2006.

　　　　　　　　　　　　　　　　　　s/AARON E. GOODSTEIN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge